UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22-cv-01929 |
|---|---|---|---|

| BAMBERGER POLYMERS, INC. |
|---|
| *versus* |
| DOMAINS BY PROXY, LLC, GO DADDY OPERATING COMPANY LLC, DOE INDIVIDUALS 1-10, AND ROE CORPORATIONS 1-10 |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Harper Seldin<br>Cozen O'Connor<br>1650 Market Street, Suite 2800<br>Philadelphia, PA 19103<br>(215) 665-5590<br>PA 318455 |
|---|---|

| Name of party applicant seeks to appear for: | Defendants Domains By Proxy, LLC and GoDaddy.com, LLC inadvertently named as Go Daddy Operating Company, LLC |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes __    __   No __ ✓ __<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:   8/25/2022 | Signed: | s/Harper Seldin |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:   Clerk's signature |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____    _____
                                    United States District Judge